UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>BRIAN BECERRA-LEON,<br><br>                  Defendant. | Case No. 13CR02194-JLS<br><br>JUDGMENT AND ORDER TO DISMISS INFORMATION AND TO RELEASE DEFENDANT FORTHWITH |

Upon motion of the United States Attorney, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant BRIAN BECERRA-LEON.

    IT IS FURTHER ORDERED that defendant be released from federal custody forthwith.

DATED: August 20, 2013

*Janis L. Sammartino*

THE HONORABLE JANIS L. SAMMARTINO
United States District Judge